UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| TRACY L. TROWER, | CIV. 09-4128 |
| Plaintiff, | |
| vs. | ORDER |
| WARDEN DOOLEY, Warden, South Dakota State Prison; ED LIGHTENBERG, Parole Executive, South Dakota State Prison; DEPT OF CORRECTIONS; S.D. PAROLE AND PARDONS, | |
| Defendants. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Plaintiff brings this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The Magistrate Judge issued a Report and Recommendation recommending that the Complaint be dismissed for failure to state a claim upon which relief can be granted.

Plaintiff filed no objections to the Report and Recommendation. After conducting an independent review of the record, the Court agrees with the Magistrate Judge. Accordingly,

IT IS ORDERED that:

1. The Report and Recommendation (Doc. 10) is ADOPTED.

2. Plaintiff's complaint is dismissed, with prejudice, for failure to state a claim upon which relief can be granted, each party to pay their own costs.

Dated this 3rd day of December, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By: _____, Deputy
(SEAL)